IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAY JURGENS,

        Plaintiff,                  No.  3:14-cv-00096-SU

      v.

CAROLYN COLVIN,                  ORDER
Commissioner of Social Security,

        Defendant.

HERNÁNDEZ, District Judge:

      Magistrate Judge Sullivan issued a Findings and Recommendation [22] on May 11, 2015, in which she recommends that this Court affirm the decision of the Commissioner of Social Security Administration and dismiss this case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 – ORDER

Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings & Recommendation [22]. Accordingly, this case is dismissed.

IT IS SO ORDERED.

DATED this \_\_4\_\_ day of \_\_June\_\_, 2015.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER